# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC., a Minnesota corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:20-cv-02234-DSF-AGR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(*[Proposed] Order filed concurrently herewith*)<br><br>Complaint Filed: February 3, 2020<br>Removed: March 6, 2020 |

Having reviewed the stipulation by Plaintiff Brittney Mejico ("Plaintiff") and Defendant Miracle-Ear, Inc. ("Defendant") (together, the "Parties"), and finding good cause, the Court ORDERS that:

1. Plaintiff's complaint and all claims alleged therein against Defendant are dismissed without prejudice.

2. The Court retains jurisdiction to enforce the terms of the settlement between the Parties.

IT IS SO ORDERED.

DATED: April 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE