# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC., a Minnesota corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:20-cv-02234-DSF-AGR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(*[Proposed] Order filed concurrently herewith*)<br><br>Complaint Filed: February 3, 2020<br>Removed: March 6, 2020 |

| | |
|---|---|
| 1 | Having reviewed the stipulation by Plaintiff Brittney Mejico ("Plaintiff") and Defendant Miracle-Ear, Inc. ("Defendant") (together, the "Parties"), and finding good cause, the Court ORDERS that Plaintiff's complaint and all claims alleged therein against Defendant are dismissed with prejudice. |

Having reviewed the stipulation by Plaintiff Brittney Mejico ("Plaintiff") and Defendant Miracle-Ear, Inc. ("Defendant") (together, the "Parties"), and finding good cause, the Court ORDERS that Plaintiff's complaint and all claims alleged therein against Defendant are dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 9, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE